EUGENE A. RUDIGER et al., Appellants, *v.* JAMES S. COLEMAN
et al., Respondents.

(Submitted December 5, 1910; decided December 13, 1910.)

Motion for re-argument, or to amend remittitur, denied,
with ten dollars costs.    (See 199 N. Y. 342.).